UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,                                              13-cr-290 MJD/FLN

    Plaintiff,

    v.                                                                    O R D E R

Devin Michael Dee,

    Defendant.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated January 24, 2014, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

Defendant's motion to suppress the fruits of an unlawful search and seizure (Doc. No. 21) is **DENIED**.

DATED: February 10, 2014                      s/Michael J .Davis
                                                  Michael J. DAVIS
                                                  Chief Judge
                                                  United States Chief District Court