UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal. No. 13-290 (MJD/FLN) |
| Plaintiff, | **FINAL ORDER OF FORFEITURE** |
| v. | |
| DEVIN MICHAEL DEE, | |
| Defendant. | |

WHEREAS, on July 22, 2014, this Court entered a Preliminary Order of Forfeiture forfeiting the following property to the United States pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c):

 a. Excam Model GT28 .25 caliber handgun, serial number DK20905;

 b. Taurus Model PT24/7 OSS 9mm pistol, serial number TBS68290;

 c. all ammunition loaded in the firearms; and

 d. all accessories and other ammunition associated with the firearms;

WHEREAS, the Plaintiff posted a Notice of Criminal Forfeiture for a least 30 consecutive days on an official government internet site (www.forfeiture.gov), beginning on September 26, 2014, and November 18, 2014 providing notice of the government's intention to dispose of the above-described property in accordance with law and of the right of third parties to petition the Court within 60 days of the first date of posting for a hearing to adjudicate the validity of their alleged legal interest in the above property; and

WHEREAS, no petitions have been filed with the Clerk of Court and the time for filing a petition has expired.

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1.	the Motion of the United States for a Final Order of Forfeiture [Docket No. 68] is GRANTED;

2.	all right, title and interest in the following property is hereby forfeited to and vested in the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c):

   a.	Excam Model GT28 .25 caliber handgun, serial number DK20905;

   b.	Taurus Model PT24/7 OSS 9mm pistol, serial number TBS68290;

   c.	all ammunition loaded in the firearms; and

   d.	all accessories and other ammunition associated with the firearm; and

3.	the above-described property shall be disposed of by the United States in accordance with law.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:   January 26, 2015	s/ Michael J. Davis
	MICHAEL J. DAVIS, Chief Judge
	United States District Court